CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Hortencia Suazo,<br><br>      Plaintiff,<br><br>v.<br><br>United States of America,<br><br>      Defendant. | Case No. 2:21-cv-01822-JAD-EJY<br><br>**Stipulation to Extend Time for United States to Respond to Plaintiff's Complaint (First Request)** |

Pursuant to Local Rule IA 6-1, Defendant United States of America requests a 30-day extension to file its answer or otherwise plead in response to Plaintiff's Complaint (ECF No. 1).

This is a Federal Tort Claims Act ("FTCA") action arising out of a motor vehicle accident. Defendant was served with the Summons and Complaint on October 14, 2021. Under Fed. R. Civ. P 12(a)(2), Defendant must answer or otherwise respond to Plaintiff's Complaint by December 13, 2021. Counsel for Defendant, AUSA Brian Irvin, will be leaving the District of Nevada later this month. Following his departure, this case will be reassigned to another AUSA. Defendant requires additional time for the newly assigned AUSA to review the file before responding to the Complaint. Counsel for Defendant discussed an extension with counsel for Plaintiff. The parties agreed to give Defendant an

additional thirty (30) days, or by January 12, 2022, to answer or otherwise plead.

Accordingly, United States respectfully requests the Court grant this stipulation and extend the time for Defendant to answer or other respond by 30 days, or by **January 12, 2022.**

Respectfully submitted this 2nd day of December 2021.

| Dated this 2nd day of December 2021. | Dated this 2nd day of December 2021. |
|---|---|
| **STOVALL & ASSOCIATES** | **UNITED STATES ATTORNEYS OFFICE** |
| *s/ Leslie M. Stovall*<br>Leslie M. Stovall, ESQ.<br>Nevada Bar No. 2566<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>Telephone: (702)258-3034<br>Facsimile: (702) 258-0093<br>*Attorney for Plaintiff* | *s/ Brian W. Irvin*<br>Brian W. Irvin, ESQ.<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>Telephone: (702) 388-6336<br>*Attorney for Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 2, 2021