JASON M. FRIERSON
Acting United States Attorney
District of Nevada
Nevada Bar No. 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HORTENCIA SUAZO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:21-cv-01822- ART-EJY<br><br>**STIPULATION TO STAY REMAINING CASE DEADLINES PENDING PARTICIPATION IN SETTLEMENT CONFERENCE** |

   Plaintiff Hortencia Suazo, and Defendant the United States of America, by and through their respective counsel of record, simultaneously with this filing, request that the Court set this matter for a settlement conference before a United States Magistrate Judge pursuant to Local Rules 1B 1-7(b) and 16-5, to be held on the first available date convenient for the court.

   The parties believe that the settlement conference may lead to a resolution of this case. Accordingly, the parties request that the remaining case deadlines, including the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

deadline for discovery, for filing dispositive motions and for filing the joint pre-trial order be stayed pending the outcome of the settlement conference.

Respectfully submitted this 20th day of September 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | STOVALL & ASSOCIATES |
| /s/ Summer A. Johnson<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>Attorneys for the United States | /s/ Ross H. Moynihan<br>ROSS H. MOYNIHAN, ESQ.<br>Attorneys for Plaintiff |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: September 21, 2023