JASON M. FRIERSON
Acting United States Attorney
District of Nevada
Nevada Bar No. 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HORTENCIA SUAZO, | Case No. 2:21-cv-01822-ART-EJY |
| Plaintiff, | **STIPULATION TO PARTICIPATE IN A JUDICIAL SETTLEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Local Rules Local Rules 1B 1-7(b) and LR 16-5, the parties, by and through their respective counsel of record, stipulate and request that this Court set the above-referenced matter for a judicial settlement conference, or other alternative means of resolution, for the first available date convenient for the court.

Respectfully submitted this 20th day of September 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | STOVALL & ASSOCIATES |
| /s/ Summer A. Johnson<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>Attorneys for the United States | /s/ Ross H. Moynihan<br>ROSS H. MOYNIHAN, ESQ.<br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the Court will issue a separate Order setting the settlement conference.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: September 21, 2023**