**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HORTENCIA SUAZO,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 2:21-cv-01822-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED by and between the Plaintiff, HORTENCIA SUAZO, by and through her counsel of record, ROSS MOYNIHAN, ESQ., of the law firm STOVALL & ASSOCIATES, and Defendant, UNITED STATES OF AMERICA, by and through its attorneys, JASON M. FRIERSON, United States Attorney for the District of Nevada, and SUMMER A. JOHNSON, Assistant United States Attorney, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorney's fees. The Clerk of Court may close this case.

Respectfully submitted this 8th day of March 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | STOVALL & ASSOCIATES |
| /s/ *Summer A. Johnson*<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>Attorneys for the United States | /s/ *Ross H. Moynihan*<br>ROSS H. MOYNIHAN, ESQ.<br>Attorneys for Plaintiff |

**IT IS SO ORDERED**.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATE: March 11, 2024

2